# Memoranda of Dismissed Cases Furnished the Attorney General Dismissed During the January Term, A. D. 1915.

R. L. Baker and Ida Will Baker, Petitioners, v. George W. DeMuro, County Judge, Respondent.

Original Proceeding for Prohibition.

Petition of Petitioners for writ of prohibition denied at cost of petitioners, without prejudice to right of petitioners to apply to Circuit Judge for appropriate relief.

Strauss L. Boyd, for Petitioners.

---

State ex rel., R. L. Sparkman, Petitioner, v. F. M. Robles, Judge Sixth Judicial Circuit of Florida, et al., Respondents.

Original Proceeding for Prohibition.

Cause dismissed on præcipe of counsel for petitioner at costs of Petitioner.

James F. Glen, for Petitioner; D. C. Mullen, for Respondent.

---

R. L. Bracey and L. B. Varn, Plaintiffs in Error, v. First